Connecticut Local Form Ch 13 Application for Discharge After Completion of Plan Payments (03/2018)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re

| William Gruner |

Case No. 14-31381

Chapter 13

Debtor(s)

## CERTIFICATION AND APPLICATION FOR ENTRY OF DISCHARGE
## AFTER COMPLETION OF PLAN PAYMENTS

*IN A JOINT CASE, EACH DEBTOR MUST COMPLETE A SEPARATE CERTIFICATION AND APPLICATION FOR ENTRY OF DISCHARGE TO BE ELIGIBLE FOR A DISCHARGE*

The undersigned Debtor certifies under penalty of perjury to the following (complete all sections and provide all required information) and requests that the Court enter a discharge without hearing.

1. All payments under the plan have been completed.

2. Completion of Financial Management Course (Debtor Education) Pursuant to 11 U.S.C. §1328(g)(1).

    *[check the appropriate box]*

    ☒ I have completed a Financial Management Course (Debtor Education) and have previously filed a certificate of completion (Form 23).

    or

    ☐ The Court, by Order entered , has determined that no Financial Management Course (Debtor Education) is required due to incapacity, disability or active duty in a military combat zone.

3. ☒ I have not received a discharge in a Chapter 7, 11 or 12 bankruptcy case within four (4) years prior to the filing of this Chapter 13 case.

4. ☒ I have not received a discharge in another Chapter 13 bankruptcy case within two (2) years prior to the filing of this Chapter 13 case.

5. ☒ There is no proceeding pending in which I may be found guilty of a felony of the kind described in 11 U.S.C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

Debtor: William Gruner                                                                                   Case number: 14-31381

6.     Certification Regarding Domestic Support Obligations Pursuant to 11 U.S.C. §1328(a).

*[check the appropriate box]*

[■] I have not been required by a judicial or administrative order or by statute to pay any domestic support obligation as defined by 11 U.S.C. §101(14A) either before this bankruptcy filing or at any time after the filing of this bankruptcy case.

or

[ ] I am required by judicial or administrative order or by statute to pay a domestic support obligation as defined by 11 U.S.C. §101(14A). {This refers to a debt owed to or recoverable by a spouse, former spouse or child of the debtor or such child's parent, legal guardian or responsible relative or a governmental unit in the nature of alimony, maintenance or support.}

[ ] I certify that as of the date of this certification I have paid all amounts required by a judicial or administrative order or by statute to be paid pursuant to any domestic support obligation as defined by 11 U.S.C. §101(14A). Amounts due before this bankruptcy filing were paid to the extent provided for by the confirmed plan.

I declare under penalty of perjury that all of the above statements are true and correct to the best of my knowledge, information, and belief, and that the Court may rely on the truth of each statement in determining whether to grant a discharge in this Chapter 13 case. The Court may revoke my discharge if the statements relied upon are not accurate.

Date: 11/26/2018

/s/ William Gruner
Signature of Debtor

William Gruner
Debtor (Type Name)