UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| WILLIAM J. GRUNER | : CASE NO. 14-31381-AMN-13 |
| | : November 27, 2018 |
| Debtor(s) | |

**OBJECTION TO APPLICATION FOR DISCHARGE**

The Chapter 13 Standing Trustee Roberta Napolitano ("Trustee") objects to the Certification and Application for Entry of Discharge Order after Completion of Plan Payments of William J. Gruner (the "Debtor"), filed as ECF 82 (the "Application.") The Debtor certifies that all payments under the plan have been completed. The Trustee has not received all payments due under the terms of the plan confirmed by this Court on September 4, 2015 (ECF # 72). The total amount still due is $11,858.76, necessary to pay claims, or $20,943.76, necessary to make the base payment.

/s/Roberta Napolitano
Roberta Napolitano, tr08378
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410
Fax: (860) 527-6185
Email: rnapolitano@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE:                                  : CHAPTER 13
WILLIAM J. GRUNER                       : CASE NO. 14-31381-AMN-13
                                        : November 27, 2018

    Debtor(s)

**CERTIFICATE OF SERVICE**

    In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Objection to Application for Discharge.

2. **Parties Served Via First Class Mail:**
   Debtor:
   WILLIAM J. GRUNER
   130 GLEN HAVEN ROAD
   NEW HAVEN, CT 06513

3. **Parties Served Electronically Include:**
   Debtor's Attorney:  NEIL CRANE, ESQ.
   Email: neilcranecourt@neilcranelaw.com

   Office of the United States Trustee, Kim McCabe, Assistant United States Trustee, Email: ustpregion02.nh.ecf@usdoj.gov

                                      /s/Roberta Napolitano
                                      Roberta Napolitano, tr08378
                                      Chapter 13 Standing Trustee